IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR106 |
| vs. | ) | ORDER |
| JOSHUA D. WELCH, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Joshua D. Welch (Welch) for further review (Filing No. 70). The court held a hearing on the motion on June 25, 2013. Welch was present with his counsel, Wesley S. Dodge. The United States was represented by Assistant U.S. Attorney Michael P. Norris. The court received a copy of the transcript of the detention hearing held in the Northern District of Florida, Pensacola Division, on April 11, 2013. The court also reviewed the Exhibits received at the hearing which were forwarded to this court by Federal Bureau of Investigation in Jacksonville which took custody of the Exhibits after the detention hearing in the Northen District of Florida. Welch provided no new evidence except to proffer his wife and children had moved to Sedalia, Missouri. The government opposed any relief.

Having considered Magistrate Judge Kahn's Amended Order of Detention, the Pretrial Services Report prepared by the Northern District of Florida, and the nature of the charges in the Indictment, I find Welch should continue to be detained pending disposition of this case under the same rationale found by Magistrate Judge Kahn. Accordingly, the motion to review (Filing No. 70) is denied.

**IT IS SO ORDERED.**

**ADMONITION**

Pursuant to NECrimR 59.2 any objection to this Order shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Order. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

DATED this 25th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge