IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re Wesley Dodge:<br><br>2013/2014 Attorney Assessment | 8:13CR43<br>8:13CR106<br>8:13CR327 |

Pursuant to Nebraska General Rule 1.7(d), the court requires all attorneys enrolled in the bar of this court to pay a biennial assessment; this rule does not apply to attorneys who appeared before the court pro hac vice or are employed by the federal government or a state, county, city, or local government. The proceeds of this assessment defray the cost of maintaining the role of attorneys admitted to practice before this court, reimburse appointed counsel for reasonable expenses incurred in representing indigent litigants, and fund the Federal Practice Fund.

In December 2012, the clerk's office sent out an e-mail to all Active/Due and Active/Paid attorneys requesting payment for the 2013/2014 Attorney Assessment. On March 31, 2014, the clerk's office sent an additional e-mail to attorneys who were involved in a pending case, but had not paid the 2013/2014 fee.

As of this date, Mr. Dodge has a pending case in this court and has not paid the 2013/2014 Attorney Assessment. Within 30 days from the date of this order, Mr. Dodge is directed to pay the $20.00 fee or show cause why he is unable to do so.

Dated this 27th day of May, 2014.

BY THE COURT:

s/ Laurie Smith Camp
Chief Judge Laurie Smith Camp