8:13-cr-00106-JFB-SMB Doc # 451 Filed: 08/03/15 Page 1 of 1 - Page ID # 3542
8:13-cr-00106-JFB-PDP Doc # 357 Filed: 06/04/15 Page 2 of 7 - Page ID # 2416

Defendant: JOSHUA WELCH  
Case Number: 8:13CR106-007

Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred twenty (120) months on count I and a term of one hundred twenty (120) months on count II, said terms of imprisonment to be served concurrently.**

The Court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be incarcerated in a federal facility as close to his family in Sedalia, MO as possible.

2. Defendant should be given credit for time served.

(X) The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _26_ day of _June_, 20_15_.

_____  
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _26_ day of _June_, 20_15_ to _FTC OKL, Oklahoma City, OK_, with a certified copy of this judgment.

_John B. Fox_  
UNITED STATES WARDEN

BY: _____ SESS

**NOTE:** The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of _____, 20____.

_____  
UNITED STATES WARDEN

BY: _____

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA  
15 AUG -3 PM 2:36  
OFFICE OF THE CLERK

14:22 AUG03'15 USMSNE