IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR106 |
| v. | |
| JOSHUA WELCH, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's motion for extension of time to file reply in § 2255 action, Filing No. 515. Defendant states that the reason for the delay in filing his response to the government response is because the facility has removed all but 5 of the typewriters ordinarily provided in the law library. Therefore, the court will grant the motion.

IT IS ORDERED that:

1. The defendant's motion for extension of time to file reply in § 2255, Filing No. 515, is granted. The defendant shall file his reply to the government's answer on or before October 2, 2017. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT GOOD CAUSE.

Dated this 30th day of August, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge