IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR106 |
| vs. | |
| JOSHUA WELCH, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Memorandum and Order entered herein, judgment is entered in favor of the plaintiff and against the defendant.

Dated this 24th day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge